An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTIAN WEBB,
Appellant,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondent.

No. 65223

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order dismissing an appeal from the justice court. Our review of the documents submitted to this court under NRAP 3(g) reveals a jurisdictional defect. Specifically, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, as we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14 -15509

cc: Hon. Robert W. Lane, District Judge
    Christian Anderson Webb
    Attorney General/Carson City
    Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A